UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| In re | Docket No.: 21-cv-10201-TSH |
| Donald C. Kupperstein | 21-cv-10202-TSH |
| Appellant | BANKRUPTCY APPEAL |

MOTION TO CONSOLIDATE APPEALS

NOW COMES Donald C. Kupperstein, by his attorney, and respectfully moves the Court to consolidate the two above captioned appeals under one docket number, and for reasons states that throughout the litigation below, the appellees have consistently filed joint papers. Thus it would seem to be in the interests of judicial economy to only require one set of papers to be filed in one case rather than both.

Upon determination of this motion, Kupperstein also requests that the court establish a briefing schedule.

March 19, 2021

Respectfully submitted,
Donald C. Kupperstein,
By his attorney,

/s/    David G. Baker
David G. Baker, Esq.
236 Huntington Avenue, Ste. 317
Boston, MA 02109
(617) 367-4260
BBO #634889

Certificate of Service

The undersigned states upon information and belief that the within motion was served upon the entities named below by the court's CM/ECF system.

/s/ David G. Baker
David G. Baker, Esq.

- Roger C. Stanford on behalf of Irene Schall - rstanford@msmw-law.com
- Paul O'Neill on behalf of Executive Office of Health & Human Services - paul.o'neill@state.ma.us